Thomas C. Watkins, Appellant, v. John Delahunty, Respondent.— Motion to resettle order granted. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Adolph Laret Company, Appellant, v. Anders G. Anderson, Also Known as Frederick Anderson, and Frederick C. Beihl, Respondents. — Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

M. & E. Appel Company, Appellant, v. Charles Frederick, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

William Ballou, Respondent, v. Thomas I. Birkin and Robert J. Horner, Copartners, Doing Business as R. J. Horner & Co., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Valentino Battistello, Respondent, v. John B. McDonald, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Burr, J., dissented on the ground that the notice was not sufficient under the Employers' Liability Act.

Richard Bennett, Appellant, v. The City of New York and The Brooklyn Heights Railroad Company, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Samuel Bershafsky, Appellant, v. Benjamin S. Deutsch, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

·Louis Bloom, Respondent, v. Joseph Simon and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Margaret P. Boyd, Respondent, v. Alexander Boyd, Appellant.— Order modified by reducing the counsel fee from $2,246 to $1,346, and as modified affirmed, without costs. No opinion. Jenks, Gaynor, Burr and Rich, JJ., concurred; Hirschberg, P. J., voted for affirmance.

James Brown, as Administrator, etc., of Patrick Brown, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Burr, J., dissented.

Frank D. Cadmus, Respondent, v. James L. Frazee, Appellant. (No. 1.)— Final order of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Frank D. Cadmus, Respondent, v. James L. Frazee, Appellant. (No. 2.)— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Lionel Charbonneau, Respondent, v. Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *Charbonneau* v. *Nassau Electric R. R. Co.* (123 App. Div. 531). Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.